IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRES RODRIGUEZ,<br>EDWARD SMITH,<br>KRYSTAL JOHNSON,<br>BRIAN FOX,<br>DALLAS ROBINSON,<br>TODD CANTWELL,<br>ALEXIS PATTON,<br>NATALIE CONBOY,<br>SHELBY HOEFELMAN,<br>ALYSSA HOLMES,<br>MELISSA ANDRADE-GARCIA,<br>CELENA PENFOLD and<br>NICOLE VALENCIA DEAN,<br><br>    Defendants. | Case No. 03:15-cr-61-HDM-WGC<br><br>**REDACTED ORDER DISCHARGING VALENCIA NICOLE DEAN FROM FURTHER PROCEEDINGS AND DIRECTING AGENCIES TO REMOVE/ EXPUNGE/PURGE THE RECORD OF ARREST**<br><br>D.O.B.:    XX/XX/1983<br>CA DL NO.:    XXXX7501<br>SSN:    XXX-XX-6562<br>DATE OF SELF SURRENDER:  3/18/2016<br>AGENCY:  DEA/U.S. MARSHAL'S SERVICE |

This matter having come before the court on the 1st day of April, 2016 and GOOD CAUSE APPEARING THEREFORE:

The Court finds that Valencia Nicole Dean, date of birth XX/XX/1983, California Driver's License number XXXX7501, and Social Security Number XXX-XX-6562 is not the defendant Nicole Valencia Dean named in the above entitled action.

FURTHER IT IS HEREBY ORDERED that Valencia Nicole Dean, date of birth XX/XX/1983, California Driver's License number XXXX7501, and Social Security Number XXX-XX-6562, is discharged from all proceedings herein and the Court directs that the United States Department of Justice, United States Marshal's Service, the Drug Enforcement

Administration, the United States Attorney's Office, the Federal Bureau of Investigation, the Federal Bureau of Investigation's Criminal Justice Information Services (CJIS) Division, the National Crime Information Center (NCIC), and the State of Nevada Department of Public Safety General Services Division, and any other agency that maintains a record of criminal history or arrest take all measures to completely and entirely remove, expunge and/or purge the March 18, 2016, self-surrender/arrest of Valencia Nicole Dean, date of birth XX/XX/1983, California Driver's License number XXXX7501, and Social Security Number XXX-XX-6562 by DEA/U.S. Marshal's Service and records related thereto from the National Criminal History Record File, State Criminal Record Repository, as well as agencies of the State of Nevada, and any other Federal agency to which such records are maintained and disseminated.

**IT IS SO ORDERED** this 20th day of April, 2016.

_____
Howard D. McKibben
Senior U. S. District Judge